UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-13093-RGS

PEDRO CLAUDIO

v.

RAYMOND W. MARCHILLI

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

April 10, 2014

STEARNS, D.J.

As I agree with Magistrate Judge Sorokin that the petition is untimely and that no basis exists on which to invoke the doctrine of equitable tolling, his Recommendation **ADOPTED** and the petition is **DISMISSED** with prejudice. Petitioner's motion to stay is **DENIED** as moot. The Clerk will enter judgment for the Respondent and close the case.[1]

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is advised that any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 of the court's Order dismissing his petition is also **DENIED**, the court seeing no meritorious or substantial basis supporting an appeal.